1  CHRISTOPHER W. KATZENBACH
   (SBN 108006)
2  Email: ckatzenbach@kkcounsel.com
   KATZENBACH LAW OFFICES
3  912 Lootens Place, 2nd Floor
   San Rafael, CA 94901
4  Telephone: (415) 834-1778
   Fax: (415) 834-1842
5
   Attorneys for Plaintiff MARIE F. CESAR
6
   David V. Roth (State Bar No. 194648)
7    dvr@manningllp.com
   MANNING & KASS
8  ELLROD, RAMIREZ, TRESTER LLP
   121 Spear Street, Suite 200
9  San Francisco, California 94105-1582
   Telephone: (415) 217-6990
10 Facsimile: (415) 217-6999

11 Attorneys for Defendant, MACY'S WEST STORES, INC.
   (erroneously sued herein as "MACY'S INC., a corporation")
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 MARIE F. CESAR,                        )
                                          )  Case No.: 3:16-cv-04387-CRB
16                                        )
               Plaintiff,                 )
17                                        )  STIPULATION AND [PROPOSED]
       vs.                                )  ORDER TO DISMISS CASE
18                                        )
   MACY'S INC., a corporation; and DOE ONE)
19 through DOE TEN, inclusive,            )
                                          )  Judge Charles R. Breyer
20             Defendants.                )
                                          )
21 _____ )

22 TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD HEREIN:

23     IT IS HEREBY STIPULATED AND AGREED by and among the parties,

24 through their attorneys of record, that this action shall be dismissed with prejudice

25 pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to

26 bear its own costs and fees.

27

28

I agree to and accept the foregoing stipulation.

Dated: March 2, 2017

_____
CHRISTOPHER W. KATZENBACH
Counsel for Plaintiff MARIE F. CESAR

I agree to and accept the foregoing stipulation.

Dated: March 9, 2017

_____
DAVID V. ROTH
Counsel for Defendant, MACY'S WEST STORES, INC. (erroneously sued herein as "MACY'S INC., a corporation")

ORDER

Pursuant to the Stipulation of the parties, this matter is hereby deemed DISMISSED with prejudice.

Dated: March 13, 2017

_____
HON. CHARLES R. BREYER
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS CASE
Case No: 3:16-cv-04387-CRB